UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-341 JVS (MLGx) | Date | March 31, 2010 |
| Title | AMI Services, Inc. v. Dominion Advertising, LLC | | |

| | |
|---|---|
| Present: The Honorable | James V. Selna |

| | |
|---|---|
| Karla J. Tunis | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)   Order to Show Cause re Jurisdiction

      The Court has made a preliminary review of the jurisdictional allegations in the:

      __ Complaint, filed

      X  Notice of Removal ("Notice") filed March 19, 2010 by Dominion Advertising, LLC ("Dominion").

      The initial pleading purports to invoke jurisdiction Court on the basis of diversity of citizenship, 28 U.S.C. § 1332.  ( Notice, ¶¶ 2, 5-7.)  Jurisdiction on this basis requires complete diversity.

      The following party to the action is alleged to be a limited liability company ("LLC"):

      Dominion

      For purposes of diversity jurisdiction, an LLC takes on the citizenship of each of its members. Johnson v. Columbia Properties Anchorage , LP, 437 F.3d 894, 899 (9th Cir. 2006); Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998); Keith v. Black Diamond Advisors, Inc., 48 F. Supp. 2d 326, 329-30 (S.D. N.Y. 1999).  In order to determine diversity, the Court must consider the citizenship of each LLC member, and if a member is an LLC, the citizenship of its members.  Presently, the Court cannot tell if jurisdiction has been properly invoked.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-341 JVS (MLGx) | Date | March 31, 2010 |
| Title | AMI Services, Inc. v. Dominion Advertising, LLC | | |

      The removing party is ordered to file an amended initial pleading within 15 days identifying each member of the alleged LLC and the member's citizenship and principal place of business as the date of the filing of the initial pleading. If any member is itself an LLC, the same information shall be provided for each subtier member, and if need be, for each successive subtier.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |